[No. 20047-0-I.   Division One.   September 14, 1987.]

SAMSON STEFANOS, *Appellant,* v. STATE FARM INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-09063-4, Rosselle Pekelis, J., entered April 12, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Coleman, JJ.

[No. 19917-0-I.   Division One.   September 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KELLY XAVIER JORGENSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-03725-6, Mary Wicks Brucker, J., entered January 5, 1987. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 16711-1-I.   Division One.   September 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. BARRY CECIL BREHM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-8-01387-7, Maurice M. Epstein, J. Pro Tem., entered June 26, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Williams, JJ.